# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

ELVIS HUMPHRIES,       *
              *
    Plaintiff,      *   CIVIL ACTION NO.: 5:18-cv-14
              *
              *
    v.         *
              *
WARE COUNTY JAIL; and WARE  *
COUNTY JAIL MEDICAL STAFF,  *
              *
    Defendants.    *

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 14. No party to this case has filed any Objections.[1] Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, dkt. no. 14, as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint, dkt. no. 1, **DIRECTS** the Clerk of Court to

---

[1] While the Court mailed a copy of the Report and Recommendation to Plaintiff at his last known address, the post office returned the copy as "not deliverable as addressed." Dkt. No. 15. The Court has previously instructed Plaintiff on the importance of updating his address with the Court, cautioning that "[f]ailure to do so will result in the dismissal of this case, without prejudice." Dkt. No. 7, p. 3. Nevertheless, Plaintiff failed to do so, and the Court is unable to proceed with this action without proper contact information for Plaintiff.

**CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

    **SO ORDERED**, this _26_ day of _April_ , 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)